UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| |
|---|
| World Wide Packaging, LLC |
| **Plaintiff,** |
| v. |
| UNITED STATES, |
| **Defendant.** |

**S U M M O N S**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port of Entry: | Los Angeles/Long Beach Seaport | Date Protest Filed: | 11/22/2019 |
|---|---|---|---|
| Protest Number: | 2704-19-106358 | Date Protest Denied: | 10/29/2020 |
| Importer: | World Wide Packaging, LLC | | |
| Category of Merchandise: | Plastic Tubes | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 113-8461002-5 | 11/13/2018 | 06/21/2019 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
Port of Los Angeles/Long Beach Seaport
301 E. Ocean Blvd.
Long Beach, CA  90802
Address of Customs Port in
Which Protest was Denied

Lars-Erik A. Hjelm
2001 K St. NW
Washington, DC 20006
202-887-4175
lhjelm@akingump.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Transaction value pursuant to 19 U.S.C. 1401a(b) | The merchandise was appraised based on the importer's domestic sale to its downstream U.S. customer as a sale for exportation. |
| Protest Claim: | Transaction value pursuant to 19 U.S.C. 1401a(b) or deductive value pursuant to 19 U.S.C. 1401a(d) | The merchandise should be appraised based on the foreign seller's sale to the importer. |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
HQ 309839; valuation; CBP improperly appraised the merchandise.

The issue which was common to all such denied protests:

Whether CBP properly appraised the merchandise based on the importer's sales to its downstream U.S. customers.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
*Signature of Plaintiff's Attorney*

04/23/2021
_____
*Date*

## SCHEDULE OF PROTESTS

Port of Los Angeles/Long Beach
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 270419106358 | 11/22/2019 | 10/29/2020 | 11384610025 | 11/13/2018 | 06/21/2019 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)