UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| WORLD WIDE PACKAGING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 21-00189 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT MOTION TO STAY**

Pursuant to the Court's July 22, 2021 letter, Plaintiff World Wide Packaging, LLC ("Plaintiff") respectfully moves the Court to stay all deadlines in this action for six months until Monday, February 7, 2022. Defendant consents to Plaintiff's stay request.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *accord Novolipetsk Steel Public Joint Stock Co. v. United States*, 474 F. Supp. 3d 1354, 1357 (Ct. Int'l Trade 2020) (Kelly, J.). "When and how to stay proceedings is within the sound discretion of the" Court. *Cherokee Nation of Okla. v. United States*, 124 F.3d 1413, 1416 (Fed. Cir. 1997) (citations omitted). "[I]n deciding whether a stay is appropriate," the Court "must weigh and maintain an even balance between competing interests." *Novolipetsk*, 474 F. Supp. 3d at 1357-58 (citations omitted); *see Landis*, 299 U.S. at 254-55.

The Court should grant Plaintiff's stay request because the parties' have a mutual interest in exploring a negotiated settlement to this dispute. Over the past week, counsel to Plaintiff and Defendant have discussed whether this appeal is susceptible to a stipulated judgment. The parties

have agreed to continue these discussions in the weeks ahead. Plaintiff also intends to share a proposed stipulated judgment with Defendant in an effort to reach a negotiated solution. Defendant's counsel will require time to vet the proposal with his client. Plaintiff's counsel will also need time to review with their client any competing proposal from Defendant. The requested stay will therefore allow counsel to fully ventilate all of the issues related to a potential settlement without burdening the Court or its resources.

Moreover, a decision by the Court to grant a stay would not "damage [either] party." *Fedmet Res. Corp. v. United States*, No. 14-00297, 2014 WL 6879126, at *2 (Ct. Int'l Trade Dec. 8, 2014). At the conclusion of the stay period, the parties will either (1) seek an extension of the stay period to further explore a negotiated settlement, or (2) proceed with the litigation in exactly the same position as when the dispute first arose. In the event that the parties are unable to reach a negotiated solution by the conclusion of the stay period, the parties propose to submit a joint status report to the Court along with a proposed scheduling order that outlines next steps in the litigation.

On Thursday, August 5, 2021, Mr. Lars-Erik A. Hjelm and Mr. Devin S. Sikes, counsel to Plaintiff, met with Mr. Peter A. Mancuso, counsel to Defendant, to discuss Plaintiff's proposed stay request and the estimated time needed to consider a potential negotiated settlement. Later that same day, Plaintiff's counsel shared a draft of this Motion with Mr. Mancuso. Defendant consented to this Motion the next day.

On Friday, August 6, 2021, the parties' counsel met with the Court to discuss the proposed stay. The Court authorized Plaintiff to file this Motion. The Court also requested that the parties submit a joint status report in three months, approximately halfway through the proposed stay period. Plaintiff's proposed order accompanying this Motion accounts for the Court's request.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and stay all deadlines in this litigation until Monday, February 7, 2022.

Respectfully submitted,

 /s/ Lars-Erik A. Hjelm
Lars-Erik A. Hjelm
Suzanne Kane
Devin S. Sikes
Colette L. McCrone

Dated:  August 6, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006

*Counsel to Plaintiff*

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| WORLD WIDE PACKAGING, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Court No. 21-00189 |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

### **ORDER**

Upon consideration of Plaintiff's Consent Motion to Stay and all other papers filed in this action, it is hereby

**ORDERED** that Plaintiff's Consent Motion is granted;

**ORDERED** that all deadlines in this action are stayed until Monday, February 7, 2022;

**ORDERED** that the parties are authorized to submit a stipulated judgment prior to Monday, February 7, 2022;

**ORDERED** that the parties shall submit a joint status report to the Court on Friday, November 5, 2021; and

**ORDERED** that, to the extent the parties are unable to agree on the terms of a stipulated judgment, the parties shall submit a joint status report and proposed scheduling order to the Court by Monday, February 7, 2022.

Dated: _____                    _____
                                                  Claire R. Kelly, Judge