## UNITED STATES COURT OF INTERNATIONAL TRADE

WORLD WIDE PACKAGING, LLC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**Before: Claire R. Kelly, Judge**

**Court No. 21-00189**

### ORDER

Upon consideration of Plaintiff's Consent Motion to Stay, dated August 6, 2021, see ECF No. 16, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that further proceedings in the above-captioned case are stayed and held in abeyance until Monday, February 7, 2022; and it is further

**ORDERED** that the parties shall submit a joint status report apprising the court of the status of settlement negotiations on or before Friday, November 5, 2021; and it is further

**ORDERED** that the parties shall submit a joint status report and either a proposed scheduling order or request to extend the stay on or before Friday, February 4, 2022.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: August 6, 2021
    New York, New York