## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| WORLD WIDE PACKAGING, LLC, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | Court No. 21-00189 |
| UNITED STATES, | |
| Defendant. | |

## JOINT STATUS REPORT, REQUEST TO EXTEND STAY, AND PROPOSED SCHEDULING ORDER

Pursuant to the Court's August 6, 2021 Order, Plaintiff and Defendant hereby submit "a joint status report," as well as a "request to extend the stay" currently in effect that will expire on Monday, February 7, 2022.  ECF 17, at 1.  The parties timely submit this joint status report and stay request.  *Id.* (requiring the filing of a joint status report and stay request "on or before Friday, February 4, 2022").  This joint status report follows the joint status reports filed by the parties on October 29, 2021 and December 20, 2021, respectively.  ECF 20, 22.

Counsel to Defendant requires additional time to determine whether settlement is feasible in this case.  Counsel to Defendant has consulted with its client, U.S. Customs & Border Protection ("CBP"), regarding Plaintiff's settlement proposal and has received CBP's initial reactions to the settlement proposal.  However, counsel to Defendant requires additional time to independently evaluate Plaintiff's settlement proposal, which pertains to complex customs valuation law, and to consult further with CBP.  Due to overlapping commitments in other actions before this Court and other tribunals, counsel to Defendant has determined that an extension of the stay by 90 days – to Monday, May 9, 2022 – would provide sufficient time to evaluate Plaintiff's settlement proposal

1

and to engage in additional consultations with CBP. Plaintiff has no objection to an additional 90-day stay in order to allow counsel to Defendant sufficient time to fully evaluate Plaintiff's settlement proposal. As a result, the parties respectfully request that the Court extend the stay to Monday, May 9, 2022. In support of their request, the parties have attached a proposed scheduling order for the Court's consideration.

The parties remain committed to exhausting all options for a possible negotiated solution to this dispute. The parties look forward to meeting with the Court on Monday, February 7, 2022, to answer any questions regarding this joint status report or the request to extend the stay.

Respectfully submitted,

/s/ Lars-Erik A. Hjelm
Lars-Erik A. Hjelm
Suzanne Kane
Devin S. Sikes

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006

*Counsel to Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Peter A. Mancuso
PETER A. MANCUSO
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Tel. (212) 264–0484 or 9230

*Attorneys for Defendant*

Dated: February 4, 2022

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| WORLD WIDE PACKAGING, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | Court No. 21-00189 |

### **PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' joint status report, request to extend the stay, and proposed scheduling order, it is hereby

**ORDERED** that the stay in effect in the above-captioned case is extended until Monday, May 9, 2022; and it is further

**ORDERED** that the parties shall submit a joint status report and either a proposed scheduling order or request to extend the stay on or before Friday, May 6, 2022.

Dated: _____   　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge