## UNITED STATES COURT OF INTERNATIONAL TRADE

**WORLD WIDE PACKAGING, LLC,**

    **Plaintiff,**

**v.**

**UNITED STATES,**

    **Defendant.**

**Before: Claire R. Kelly, Judge**

**Court No 21-00189**

### ORDER

Upon consideration of the parties' joint status report and consent motion to stay the proceedings, see ECF No. 24, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that all proceedings in this action are stayed until and including Monday, May 9, 2022; and it is further

**ORDERED** that the parties shall file a joint status report and either a proposed scheduling order or request to extend the stay on or before Friday, May 6, 2022.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:    February 7, 2022
        New York, New York