UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| WORLD WIDE PACKAGING, LLC, | : |
| Plaintiff, | : |
| v. | : Court No. 21-00189 |
| UNITED STATES, | : |
| Defendant. | : |

### **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, and those actions listed on the attached schedule, hereby dismisses this action and those listed on the attached schedule.

[SIGNATURE BLOCK NEXT PAGE]

1

*World Wide Packaging, LLC v. United States*, Court No. 21-00189
*Stipulation of Dismissal*

/s/ Lars-Erik A. Hjelm
Lars-Erik A. Hjelm, Esq.
Suzanne Kane, Esq.
Devin S. Sikes, Esq.
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, D.C. 20006
(202) 887-4175
*Counsel for World Wide Packaging, LLC*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ JUSTIN MILLER (Digitally signed 2023.07.11 11:17:28 -04'00')
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ MONICA TRIANA (Digitally signed 2023.07.10 17:14:36 -04'00')
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-9230
*Attorneys for Defendant*

Dated: July 11, 2023

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00189 | World Wide Packaging, LLC | 2704-19-106358 | 113-8461002-5 |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
**Deputy Clerk**